# Court of Appeals
# of the State of Georgia

ATLANTA, __July 27, 2020__

*The Court of Appeals hereby passes the following order:*

**A20A1587. CHADWICK v. THE STATE.**

Appellant's motion to remand this case to the Superior Court of Cherokee County in order that a full and complete record and transcripts may be compiled is hereby GRANTED. When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/27/2020__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*